EASTERN DIST.
*December*, 1840.

LATOUR *vs.* BELLOW.

LATOUR
*vs.*
BELLOW.

APPEAL FROM THE CITY COURT OF NEW-ORLEANS

Where the appeal is not brought up in such a manner as to enable the court to examine the case on any point, it will be dismissed.

This is an action on a promissory note against the maker. He pleaded a general denial, but made no other defence. There was judgment against him, and he appealed.

The record comes up without any evidence, and there is no bill of exception, statement of facts, or assignment of error.

*Pepin*, for the plaintiff, prayed the affirmance of the judgment, with ten per cent. damages.

*Martin, J.*, delivered the opinion of the court.

The defendant is appellant from a judgment against him, on his promissory note. He has not brought up the record in such a form as to enable us to examine the case on the merits, or placed it before us in such a manner as to afford him any relief. The clerk's certificate does not state that the record contains all the evidence, and there is no statement of facts, bill of exceptions, or assignment of errors.

The appeal must, therefore, be dismissed, with costs.